IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAROL DAILY WILD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-PWG-191-S |
| | ) |
| STATE OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on November 6, 2007, recommending that this case be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). On November 19, 2007 plaintiff filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, this action is due to be DISMISSED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 26th day of November 2007.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153